UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GLOBILL.COM, LLC, et al.

    Plaintiffs,

    v.

ADRIAN MATHAI, et al.,

    Defendants.
_____/

No. C 02-5020 PJH

**ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE**

TO ALL PARTIES AND COUNSEL OF RECORD:

A Further Case Management Conference shall be held on March 2, 2006, at 2:30 p.m., in Courtroom 3, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

The parties shall appear in person or through lead counsel and shall be prepared to discuss all items referred to in Fed. R. Civ. P. 16(c) and Civil L. R. 16-10. The parties shall file a joint supplemental case management statement no later than February 23, 2006.

**SO ORDERED.**

Dated: November 9, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge