1  MICHAEL JASON LEE, Esq. (SBN: 206110)
   LAW OFFICES OF MICHAEL JASON LEE, APLC
2  15281 Normandie Avenue
   Irvine, California 92604
3  Telephone: (949) 551-1575
   Facsimile: (949) 551-1590

4  THOMAS J. BORCHARD, Esq. (SBN: 104008)
   MURRAY J. ROBERTSON, Esq. (SBN: 160379)
5  BORCHARD & BAUR, APC
   25909 Pala, Suite 300
6  Mission Viejo, California 92691
   Telephone: (949) 457-9505
7  Facsimile: (949) 457-1666

8  Attorneys for Defendants/Third-party Plaintiff, ADRIAN MATHAI, ZUBIN MATHAI,
   OTE DEVELOPMENT U.S.A., INC. and 9056-0566 QUEBEC, INC.

9  YANO L. RUBINSTEIN, Esq. (SBN: 214277)
   TREVOR A. CAUDLE, Esq. (SBN: 232294)
10 RUBINSTEIN LAW GROUP, APLC
   116 New Montgomery Street, Suite 742
11 San Francisco, California 94105
   Telephone: (415) 277-1900
12 Facsimile: (415) 277-1919

13 Attorneys for Third-party Defendants, DANIEL D. WARREN & KATHLEEN A. WARREN

**FILED**
07 SEP 11 PM 12:24
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBILL.COM, LLC, a California limited liability company; GLOSHOP.COM, LLC, a Utah limited liability company; ZMA TECHNOLOGIES, LLC a Utah limited liability company<br><br>Plaintiffs,<br><br>v.<br><br>ADRIAN MATHAI, an individual; ZUBIN MATHAI, an individual; OTE DEVELOPMENT U.S.A., INC., a California corporation; 9056-0566 QUEBEC, INC. d/b/a OTE CANADA, a Canadian corporation; and DOES 1 through 100, inclusive,<br><br>Defendants.<br><br>AND RELATED ACTIONS | Case Number: C02-5020PJH<br><br>JOINT CASE MANAGEMENT STATEMENT; STIPULATION AND [~~PROPOSED~~] ORDER RE: SCHEDULDING OF NEXT FURTHER CASE MANAGEMENT CONFERENCE<br><br>Honorable PHYLLIS J. HAMILTON |

**ORIGINAL**

1  Pursuant to the Order entered by the Court on or about February 20, 2007 ("February 2007 Order"), Third-party Plaintiffs ADRIAN MATHAI, ZUBIN MATHAI, OTE DEVELOPMENT U.S.A., INC. and 9056-0566 QUEBEC, INC. d/b/a OTE CANADA (the "Mathai parties") on the one hand, and Third-party Defendants DANIEL D. WARREN, KATHLEEN A. WARREN and WARREN ASSOCIATES LLP on the other hand (collectively the "Parties"), provide the following written update to the Court:

1. The United States Bankruptcy Appellate Panel entered an Order and judgment on October 11, 2006 affirming the memorandum decision rendered by the United States Bankruptcy Court for the District of Utah on March 28, 2005 denying the Chapter 7 discharge of Daniel D. Warren and Kathleen A. Warren ("the Warrens").

2. The Warrens filed a "Notice of Appeal" to the United States Court of Appeals for the Tenth Circuit on or about November 9, 2006.

3. The Warrens filed their opening brief on or about January 31, 2007.

4. On or about February 5, 2007, the Court cited the Warren's brief as deficient and granted them until February 15, 2007 to submit a corrected brief.

5. The Warrens filed their corrected opening brief on or about February 15, 2007.

6. The Mathai parties filed their responsive brief on or about March 20, 2007.

7. The Warrens filed their reply brief on or about April 5, 2007.

8. On or about April 9, 2007, the Court cited the Warren's brief as deficient and granted them until April 19, 2007 to submit a corrected brief.

9. The Warrens filed their corrected reply brief on or about April 19, 2007.

10. On June 7, 2007, the matter was set for oral argument on August 15, 2007.

11. The matter was argued before the Tenth Circuit on August 15, 2007.

12. The Court is expected to issue a written ruling within three months of oral argument.

In line with the foregoing timeline, the Parties hereby propose that the Case Management Conference presently set for September 27, 2007 be continued to December 7, 2007 at 2:30 p.m.

The Parties further propose that their Joint Supplemental Case Management Statement be filed on or before November 22, 2007.

1  Dated: September 11, 2007                  Respectfully Submitted,
                                              RUBINSTEIN LAW GROUP, APLC

                                        By:   _____
                                              TREVOR A. CAUDLE
                                              Attorneys for Third-party Counter-Claimants,
                                              DANIEL D. WARREN & KATHLEEN A. WARREN

   DATED: September 11, 2007                  Respectfully Submitted,
                                              LAW OFFICES OF MICHAEL JASON LEE, APLC

                                        By:   _____
                                              MICHAEL JASON LEE
                                              Attorneys for Third-party Counter-Defendants,
                                              ADRIAN MATHAI, ZUBIN MATHAI, OTE
                                              DEVELOPMENT U.S.A., INC. and 9056-0566
                                              QUEBEC, INC.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that:

1. The Case Management Conference in this matter be rescheduled to December 6, 2007 at 2:30 p.m.

2. The Parties shall file their Joint Supplemental Case Management Statement on or before November 29, 2007.

**IT IS SO ORDERED.**

DATED: 9/17/07                                _____
                                              Honorable
                                              United States

[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]
[Stamp: IT IS SO ORDERED / signature / Judge Phyllis J. Hamilton]