1  MICHAEL JASON LEE, Esq. (SBN: 206110)
   LAW OFFICES OF MICHAEL JASON LEE, APLC
2  15281 Normandie Avenue
   Irvine, California 92604
3  Telephone: (949) 551-1575
   Facsimile: (949) 551-1590
4
   THOMAS J. BORCHARD, Esq. (SBN: 104008)
5  MURRAY J. ROBERTSON, Esq. (SBN: 160379)
   BORCHARD & BAUR, APC
6  25909 Pala, Suite 300
   Mission Viejo, California 92691
7  Telephone: (949) 457-9505
   Facsimile: (949) 457-1666
8
   Attorneys for Defendants/Third-party Plaintiff, ADRIAN MATHAI, ZUBIN MATHAI,
   OTE DEVELOPMENT U.S.A., INC. and 9056-0566 QUEBEC, INC.
9
   YANO L. RUBINSTEIN, Esq. (SBN: 214277)
10 TREVOR A. CAUDLE, Esq. (SBN: 232294)
   RUBINSTEIN LAW GROUP, APLC
11 116 New Montgomery Street, Suite 742
   San Francisco, California 94105
12 Telephone: (415) 277-1900
   Facsimile: (415) 277-1919
13
   Attorneys for Third-party Defendants, DANIEL D. WARREN & KATHLEEN A. WARREN
14
                          UNITED STATES DISTRICT COURT
15
                        NORTHERN DISTRICT OF CALIFORNIA
16

| GLOBILL.COM, LLC, a California limited liability company; GLOSHOP.COM, LLC, a Utah limited liability company; ZMA TECHNOLOGIES, LLC a Utah limited liability company<br><br>                Plaintiffs,<br><br>  v.<br><br>ADRIAN MATHAI, an individual; ZUBIN MATHAI, an individual; OTE DEVELOPMENT U.S.A., INC., a California corporation; 9056-0566 QUEBEC, INC. d/b/a OTE CANADA, a Canadian corporation; and DOES 1 through 100, inclusive,<br><br>                Defendants.<br><br>AND RELATED ACTIONS | Case Number: C02-5020PJH<br><br>JOINT CASE MANAGEMENT STATEMENT; STIPULATION AND [~~PROPOSED~~] ORDER RE: SCHEDULDING OF NEXT FURTHER CASE MANAGEMENT CONFERENCE<br><br>Honorable PHYLLIS J. HAMILTON |
|---|---|

Pursuant to the Order entered by the Court on or about September 11, 2007 ("September 2007 Order"), Third-party Plaintiffs ADRIAN MATHAI, ZUBIN MATHAI, OTE DEVELOPMENT U.S.A., INC. and 9056-0566 QUEBEC, INC. d/b/a OTE CANADA (the "Mathai parties") on the one hand, and Third-party Defendants DANIEL D. WARREN, KATHLEEN A. WARREN and WARREN ASSOCIATES LLP on the other hand (collectively the "Parties"), provide the following written update to the Court:

1. The United States Bankruptcy Appellate Panel entered an Order and judgment on October 11, 2006 affirming the memorandum decision rendered by the United States Bankruptcy Court for the District of Utah on March 28, 2005 denying the Chapter 7 discharge of Daniel D. Warren and Kathleen A. Warren ("the Warrens").

2. The Warrens filed a "Notice of Appeal" to the United States Court of Appeals for the Tenth Circuit on or about November 9, 2006.

3. The Warrens filed their opening brief on or about January 31, 2007.

4. On or about February 5, 2007, the Court cited the Warren's brief as deficient and granted them until February 15, 2007 to submit a corrected brief.

5. The Warrens filed their corrected opening brief on or about February 15, 2007.

6. The Mathai parties filed their responsive brief on or about March 20, 2007.

7. The Warrens filed their reply brief on or about April 5, 2007.

8. On or about April 9, 2007, the Court cited the Warren's brief as deficient and granted them until April 19, 2007 to submit a corrected brief.

9. The Warrens filed their corrected reply brief on or about April 19, 2007.

10. On June 7, 2007, the matter was set for oral argument on August 15, 2007.

11. The matter was argued before the Tenth Circuit on August 15, 2007.

12. The Court was expected to issue a written ruling within three months of oral argument.

13. As of November 20, 2007, the Tenth Circuit has not issued its ruling.

Since no written ruling has been issued, and in keeping with the foregoing timeline, the Parties hereby propose that the Case Management Conference presently set for December 6, 2007 be continued to March 7, 2008 at 2:30 p.m.

1 | The Parties further propose that their Joint Supplemental Case Management Statement be
2 | filed on or before February 29, 2008.
3 | Should the Tenth Circuit issue a ruling by January 7, 2008, the Parties will contact the Court
4 | for direction as to whether it wishes to set the Further Case Management Conference for a date prior
5 | to March 7, 2008.

6 | Dated: November 21, 2007           Respectfully Submitted,
7 |                                    RUBINSTEIN LAW GROUP, APLC

9 |                         By:    _____TAC_____
10|                                TREVOR A. CAUDLE
   |                                Attorneys for Third-party Counter-Claimants,
11|                                DANIEL D. WARREN & KATHLEEN A. WARREN

12| DATED: November 21, 2007           Respectfully Submitted,
13|                                    LAW OFFICES OF MICHAEL JASON LEE, APLC

15|                         By:    _____MJL_____
16|                                MICHAEL JASON LEE
   |                                Attorneys for Third-party Counter-Defendants,
17|                                ADRIAN MATHAI, ZUBIN MATHAI, OTE
   |                                DEVELOPMENT U.S.A., INC. and 9056-0566
18|                                QUEBEC, INC.

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that:

1. The Case Management Conference in this matter be rescheduled to March ~~7~~ 6, 2008 at 2:30 p.m.

2. The Parties shall file their Joint Supplemental Case Management Statement on or before February ~~29~~ 28, 2008.

**IT IS SO ORDERED.**

DATED: __11/27/07_____          _____
                                     Honorable PHYLLIS J. HAMILTON
                                     United States District Court Judge

*[Court seal: IT IS SO ORDERED, signed Judge Phyllis J. Hamilton, United States District Court, Northern District of California]*