MICHAEL JASON LEE, Esq. (SBN: 206110)
LAW OFFICES OF MICHAEL JASON LEE, APLC
15281 Normandie Avenue
Irvine, California 92604
Telephone: (949) 551-1575
Facsimile: (949) 551-1590

THOMAS J. BORCHARD, Esq. (SBN: 104008)
MURRAY J. ROBERTSON, Esq. (SBN: 160379)
BORCHARD & BAUR, APC
25909 Pala, Suite 300
Mission Viejo, California 92691
Telephone: (949) 457-9505
Facsimile: (949) 457-1666

Attorneys for Defendants/Third-party Plaintiff, ADRIAN MATHAI, ZUBIN MATHAI, OTE DEVELOPMENT U.S.A., INC. and 9056-0566 QUEBEC, INC.

YANO L. RUBINSTEIN, Esq. (SBN: 214277)
TREVOR A. CAUDLE, Esq. (SBN: 232294)
RUBINSTEIN LAW GROUP, APLC
116 New Montgomery Street, Suite 742
San Francisco, California 94105
Telephone: (415) 277-1900
Facsimile: (415) 277-1919

Attorneys for Third-party Defendants, DANIEL D. WARREN & KATHLEEN A. WARREN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBILL.COM, LLC, a California limited liability company; GLOSHOP.COM, LLC, a Utah limited liability company; ZMA TECHNOLOGIES, LLC a Utah limited liability company<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>ADRIAN MATHAI, an individual; ZUBIN MATHAI, an individual; OTE DEVELOPMENT U.S.A., INC., a California corporation; 9056-0566 QUEBEC, INC. d/b/a OTE CANADA, a Canadian corporation; and DOES 1 through 100, inclusive,<br><br>　　　　　　　　Defendants.<br>_____<br><br>AND RELATED ACTIONS<br>_____ | Case Number: C02-5020PJH<br><br>SUPPLEMENT TO JOINT CASE MANAGEMENT STATEMENT FILED WITH THE COURT ON OR ABOUT JANUARY 22, 2008; STIPULATION AND [~~PROPOSED~~] ORDER RE: SCHEDULING OF NEXT FURTHER CASE MANAGEMENT CONFERENCE<br><br>Honorable PHYLLIS J. HAMILTON |

1 | In the Joint Case Management Statement filed by the Third-party Plaintiffs ADRIAN MATHAI, ZUBIN MATHAI, OTE DEVELOPMENT U.S.A., INC. and 9056-0566 QUEBEC, INC. d/b/a OTE CANADA (the "Mathai parties") on the one hand, and Third-party Defendants DANIEL D. WARREN, KATHLEEN A. WARREN and WARREN ASSOCIATES LLP on the other hand (collectively the "Parties"), on or about November 21, 2007 ("November JCMS"), the Parties advise the Court of the following:

1. In its November 2007 JCMS, the Parties advised the Court that "[s]hould the Tenth Circuit issue a ruling by January 7, 2008, the Parties will contact the Court for direction as to whether it wishes to set the Further Case Management Conference for a date prior to March 7, 2008."

2. The Tenth Circuit issued its decision on January 7, 2008, which upheld the decision of Bankruptcy Appellate Panel in favor of the Mathai parties and against the Warren parties.

3. The Warren parties are still in the process of making a final decision as to whether they will appeal the Tenth Circuit Ruling. The Warrens have until 90 days from January 7, 2008 to file said writ. At this time it is likely that the Warren parties will in fact file such an appeal. As such, the Parties propose that a new Joint Supplemental Case Management Statement be filed on or about April 10, 2008 and that the currently scheduled Case Management Conference (March 6, 2008 at 2:30 p.m.) be postponed until April 17, 2008. By doing so the Parties will be able to advise the Court whether a further appeal is pending and, as appropriate, request that the CMC proceed as scheduled or be rescheduled to accommodate the need for additional time for the Warren's final appeal rights to be exhausted.

Dated: February 28, 2008

Respectfully Submitted,
RUBINSTEIN LAW GROUP, APLC


By: _____TAC_____
TREVOR A. CAUDLE
Attorneys for Third-party Counter-Claimants,
DANIEL D. WARREN & KATHLEEN A. WARREN

| | | |
|---|---|---|
| 1 | DATED: February 28, 2008 | Respectfully Submitted,<br>LAW OFFICES OF MICHAEL JASON LEE, APLC |
| 2 | | |

DATED: February 28, 2008                    Respectfully Submitted,
                                            LAW OFFICES OF MICHAEL JASON LEE, APLC

By:     MJL
        MICHAEL JASON LEE
        Attorneys for Third-party Counter-Defendants,
        ADRIAN MATHAI, ZUBIN MATHAI, OTE
        DEVELOPMENT U.S.A., INC. and 9056-0566
        QUEBEC, INC.

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that:

1. The Case Management Conference in this matter be rescheduled to April 17, 2008 at 2:30 p.m.
2. The Parties shall file their Joint Supplemental Case Management Statement on or before April 10, 2008.

**IT IS SO ORDERED.**

DATED: 3/3/08

Honorable
United States

IT IS SO ORDERED

Judge Phyllis J. Hamilton

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA