1  MICHAEL JASON LEE, Esq. (SBN: 206110)
   LAW OFFICES OF MICHAEL JASON LEE, APLC
2  15281 Normandie Avenue
   Irvine, California 92604
3  Telephone: (949) 551-1575
   Facsimile: (949) 551-1590
4
   THOMAS J. BORCHARD, Esq. (SBN: 104008)
   MURRAY J. ROBERTSON, Esq. (SBN: 160379)
5  BORCHARD & BAUR, APC
   25909 Pala, Suite 300
6  Mission Viejo, California 92691
   Telephone: (949) 457-9505
7  Facsimile: (949) 457-1666

8  Attorneys for Defendants/Third-party Plaintiff, ADRIAN MATHAI, ZUBIN MATHAI,
   OTE DEVELOPMENT U.S.A., INC. and 9056-0566 QUEBEC, INC.

9  YANO L. RUBINSTEIN, Esq. (SBN: 214277)
   TREVOR A. CAUDLE, Esq. (SBN: 232294)
10 RUBINSTEIN LAW GROUP, APLC
   116 New Montgomery Street, Suite 742
11 San Francisco, California 94105
   Telephone: (415) 277-1900
12 Facsimile: (415) 277-1919

13 Attorneys for Third-party Defendants, DANIEL D. WARREN & KATHLEEN A. WARREN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBILL.COM, LLC, a California limited liability company; GLOSHOP.COM, LLC, a Utah limited liability company; ZMA TECHNOLOGIES, LLC a Utah limited liability company<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>ADRIAN MATHAI, an individual; ZUBIN MATHAI, an individual; OTE DEVELOPMENT U.S.A., INC., a California corporation; 9056-0566 QUEBEC, INC. d/b/a OTE CANADA, a Canadian corporation; and DOES 1 through 100, inclusive,<br><br>　　　　　　　　　Defendants.<br>_____<br><br>AND RELATED ACTIONS<br>_____ | Case Number: C02-5020PJH<br><br>SUPPLEMENT TO JOINT CASE MANAGEMENT STATEMENT FILED WITH THE COURT ON OR ABOUT FEBRUARY 28, 2008; STIPULATION AND [~~PROPOSED~~] ORDER RE: SCHEDULING OF NEXT FURTHER CASE MANAGEMENT CONFERENCE<br><br>Honorable PHYLLIS J. HAMILTON |

In the Joint Case Management Statement filed by the Third-party Plaintiffs ADRIAN MATHAI, ZUBIN MATHAI, OTE DEVELOPMENT U.S.A., INC. and 9056-0566 QUEBEC, INC. d/b/a OTE CANADA (the "Mathai parties") on the one hand, and Third-party Defendants DANIEL D. WARREN, KATHLEEN A. WARREN and WARREN ASSOCIATES LLP on the other hand (collectively the "Parties"), on or about February 28, 2008 ("February JCMS"), the Parties advise the Court of the following:

1. In its February 2008 JCMS, the Parties advised the Court that the Tenth Circuit issued its decision with respect to the Warrens' appeal on January 7, 2008, which upheld the decision of Bankruptcy Appellate Panel in favor of the Mathai parties and against the Warren parties.

2. On March 28, 2008, the Warren parties applied for an extension of time to file their writ of certiorari. The Warren parties have requested that they be given until June 6, 2008 to file said writ. At this time, the Supreme Court has not responded to their request for extension. As such, the Parties propose that a new Joint Supplemental Case Management Statement be filed on or about May 15, 2008 and that the currently scheduled Case Management Conference (April 17, 2008 at 2:30 p.m.) be postponed until May 22, 2008. By doing so the Parties will be able to advise the Court whether the Supreme Court has granted the Warrens' request for an extension and whether a further appeal in the form of a writ of certiorari will be pursued and, as appropriate, request that the CMC proceed as scheduled or be rescheduled to accommodate the need for additional time for the Warren's final appeal rights to be exhausted.

Dated: April 9, 2008
Respectfully Submitted,
RUBINSTEIN LAW GROUP, APLC

By: _____TAC_____
TREVOR A. CAUDLE
Attorneys for Third-party Counter-Claimants,
DANIEL D. WARREN & KATHLEEN A. WARREN

| | |
|---|---|
| DATED: April 9, 2008 | Respectfully Submitted,<br>LAW OFFICES OF MICHAEL JASON LEE, APLC |
| | By:       MJL<br>MICHAEL JASON LEE<br>Attorneys for Third-party Counter-Defendants,<br>ADRIAN MATHAI, ZUBIN MATHAI, OTE<br>DEVELOPMENT U.S.A., INC. and 9056-0566<br>QUEBEC, INC. |

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that:

1. The Case Management Conference in this matter be rescheduled to May 22, 2008 at 2:30 p.m.

2. The Parties shall file their Joint Supplemental Case Management Statement on or before May 15, 2008.

**IT IS SO ORDERED.**

DATED: 4/15/08

Honorable [Phyllis J. Hamilton]
United [States District Judge]

IT IS SO ORDERED
Judge Phyllis J. Hamilton