MICHAEL JASON LEE, Esq. (SBN: 206110)
LAW OFFICES OF MICHAEL JASON LEE, APLC
15281 Normandie Avenue
Irvine, California 92604
Telephone: (949) 551-1575
Facsimile: (949) 551-1590

THOMAS J. BORCHARD, Esq. (SBN: 104008)
MURRAY J. ROBERTSON, Esq. (SBN: 160379)
BORCHARD & BAUR, APC
25909 Pala, Suite 300
Mission Viejo, California 92691
Telephone: (949) 457-9505
Facsimile: (949) 457-1666

Attorneys for Defendants/Third-party Plaintiff, ADRIAN MATHAI, ZUBIN MATHAI, OTE DEVELOPMENT U.S.A., INC. and 9056-0566 QUEBEC, INC.

YANO L. RUBINSTEIN, Esq. (SBN: 214277)
TREVOR A. CAUDLE, Esq. (SBN: 232294)
RUBINSTEIN LAW GROUP, APLC
116 New Montgomery Street, Suite 742
San Francisco, California 94105
Telephone: (415) 277-1900
Facsimile: (415) 277-1919

Attorneys for Third-party Defendants, DANIEL D. WARREN & KATHLEEN A. WARREN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBILL.COM, LLC, a California limited liability company; GLOSHOP.COM, LLC, a Utah limited liability company; ZMA TECHNOLOGIES, LLC a Utah limited liability company<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>ADRIAN MATHAI, an individual; ZUBIN MATHAI, an individual; OTE DEVELOPMENT U.S.A., INC., a California corporation; 9056-0566 QUEBEC, INC. d/b/a OTE CANADA, a Canadian corporation; and DOES 1 through 100, inclusive,<br><br>　　　　　　　　　　Defendants.<br>_____<br><br>AND RELATED ACTIONS<br>_____ | Case Number: C02-5020PJH<br><br>SUPPLEMENT TO JOINT CASE MANAGEMENT STATEMENT FILED WITH THE COURT ON OR ABOUT MAY 15, 2008 AND [~~PROPOSED~~] ORDER RE: RESCHEDULDING OF THE CASE MANAGEMENT CONFERENCE<br><br>Honorable PHYLLIS J. HAMILTON |

In the Joint Case Management Statement filed by the Third-party Plaintiffs ADRIAN MATHAI, ZUBIN MATHAI, OTE DEVELOPMENT U.S.A., INC. and 9056-0566 QUEBEC, INC. d/b/a OTE CANADA (the "Mathai parties") on the one hand, and Third-party Defendants DANIEL D. WARREN, KATHLEEN A. WARREN and WARREN ASSOCIATES LLP on the other hand (collectively the "Parties"), on or about may 15, 2008 ("May JCMS"), the Parties advise the Court of the following:

1. In its February 2008 JCMS, the Parties advised the Court that the Tenth Circuit issued its decision with respect to the Warrens' appeal on January 7, 2008, which upheld the decision of Bankruptcy Appellate Panel in favor of the Mathai parties and against the Warren parties.

2. On March 28, 2008, the Warren parties applied for an extension of time to file their writ of certiorari. The Warren parties have recently been informed that the Supreme Court has denied their request.

3. The parties are ready to proceed with the litigation in the instant case.

4. Counsel for the Mathai parties is currently scheduled to be in New York for another federal matter on May 22, 2008 –the date of the next Case Management Conference. In light of the conflict, counsel for the Mathai parties respectfully requests that the date of the CMC be changed to May 29, 2008. Counsel for the Warren parties does not object to the request and is available on the proposed new hearing date.

DATED: May 15, 2008            Respectfully Submitted,
                               RUBINSTEIN LAW GROUP, APLC


                        By:         TAC
                               TREVOR A. CAUDLE
                               Attorneys for Third-party Counter-Claimants,
                               DANIEL D. WARREN & KATHLEEN A. WARREN

DATED: May 15, 2008

Respectfully Submitted,
LAW OFFICES OF MICHAEL JASON LEE, APLC

By: _____MJL_____
MICHAEL JASON LEE
Attorneys for Third-party Counter-Defendants,
ADRIAN MATHAI, ZUBIN MATHAI, OTE DEVELOPMENT U.S.A., INC. and 9056-0566 QUEBEC, INC.

## **ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that:

1. The Case Management Conference in this matter be rescheduled to May 29, 2008 at 2:30 p.m.

**IT IS SO ORDERED.**

DATED: 5/19/08

_____
Honorable
United States

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED / Judge Phyllis J. Hamilton]*