MICHAEL JASON LEE, Esq. (SBN: 206110)
LAW OFFICES OF MICHAEL JASON LEE, APLC
15281 Normandie Avenue
Irvine, California 92604
Telephone: (949) 551-1575
Facsimile: (949) 551-1590

THOMAS J. BORCHARD, Esq. (SBN: 104008)
MURRAY J. ROBERTSON, Esq. (SBN: 160379)
BORCHARD & BAUR, APC
25909 Pala, Suite 300
Mission Viejo, California 92691
Telephone: (949) 457-9505
Facsimile: (949) 457-1666

Attorneys for Defendants/Third-party Plaintiff, ADRIAN MATHAI, ZUBIN MATHAI, OTE DEVELOPMENT U.S.A., INC. and 9056-0566 QUEBEC, INCs.

YANO L. RUBINSTEIN, Esq. (SBN: 214277)
RUBINSTEIN LAW GROUP, APLC
340 Brannan Street, Suite 304
San Francisco, California 94107
Telephone: (415) 277-1900
Facsimile: (415) 277-1919

Attorneys for Third-party Defendants, DANIEL D. WARREN & KATHLEEN A. WARREN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBILL.COM, LLC, a California limited liability company; GLOSHOP.COM, LLC, a Utah limited liability company; ZMA TECHNOLOGIES, LLC a Utah limited liability company<br><br>Plaintiffs,<br><br>v.<br><br>ADRIAN MATHAI, an individual; ZUBIN MATHAI, an individual; OTE DEVELOPMENT U.S.A., INC., a California corporation; 9056-0566 QUEBEC, INC. d/b/a OTE CANADA, a Canadian corporation; and DOES 1 through 100, inclusive,<br><br>Defendants.<br><br>_____<br><br>AND RELATED ACTIONS<br>_____ | Case Number: C02-5020PJH<br><br>STIPULATION FOR DISMISSAL PURSUANT TO FRCP RULE 41(a)(1); ORDER THEREON<br><br>Honorable PHYLLIS J. HAMILTON |

1  Third-party Plaintiffs ADRIAN MATHAI, ZUBIN MATHAI, OTE
2  DEVELOPMENT U.S.A., INC. and 9056-0566 QUEBEC, INC. d/b/a OTE CANADA and Third-
3  party Defendants DANIEL D. WARREN, KATHLEEN A. WARREN and WARREN
4  ASSOCIATES LLP hereby stipulate pursuant to FRCP, Rule 41(a)(1) as follows:
5  Third-party Defendants DANIEL D. WARREN, KATHLEEN A. WARREN and
6  WARREN ASSOCIATES LLP are hereby dismissed as Defendants in this matter with prejudice.
7  The dismissal shall have the effect of dismissing all remaining claims in this action,
8  thereby resulting in this action being dismissed in its entirety.

**SO STIPULATED.**

DATED:  October 3, 2008   Respectfully Submitted,
                          LAW OFFICES OF MICHAEL JASON LEE, APLC

                          By:      MJL
                                 MICHAEL JASON LEE
                                 Attorneys for Third-party Plaintiffs,
                                 ADRIAN MATHAI, ZUBIN MATHAI, OTE
                                 DEVELOPMENT U.S.A., INC. and 9056-0566
                                 QUEBEC, INC.

DATED:  October 3, 2008   Respectfully Submitted,
                          RUBINSTEIN LAW GROUP, APLC

                          By:      YLR
                                 YANO L. RUBINSTEIN
                                 Attorneys for Third-party Defendants,
                                 DANIEL D. WARREN & KATHLEEN A. WARREN

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 10/15/08

[APPROVED — Jeffrey S. White, Judge Jeffrey S. White]

for Phyllis J. Hamilton